IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

```
WAYNE LANE,                              )
Plaintiff,                               )
                                         )
V.                                       )   Civ. No. 05-64-P-C
                                         )
JO ANNE BARNHART,                        )
Commissioner,                            )
Social Security Administration,          )
Defendant.                               )
_____)
```

Order

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. '405(g), and in light of the government=s request to remand this action for further development of the record by an administrative law judge (AALJ@),

IT IS HEREBY ORDERED that, upon remand, the Appeals Council hold another administrative hearing.  The presiding ALJ will ensure that all limitations found will be transmitted in the hypothetical to the vocational expert (VE).  The ALJ will also ensure that the VE testimony is consistent with the Dictionary of Occupational Titles. Plaintiff has reviewed the terms of the remand as set forth in the motion.

Therefore, this court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. '405(g) with a remand of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S.

89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

        SO ORDERED this 8th day of June, 2005.

        /s/GENE CARTER_____
        United States District Judge